RECEIVED

FEB 15 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ALBERT JOE MARTIN<br>LA. DOC #369015<br>VS. | CIVIL ACTION NO. 3:12-cv-2240<br>SECTION P<br>JUDGE DONALD E. WALTER |
| WARDEN CHAD LEE, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 14 day of February, 2013.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE